FILED

FEB 24 2015

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GREGORY LYNN WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>CIA/BIA CORRECTIONS, U.S. B.O.P. WARDENS, PA MCGREEDY, PA KOHUT, AND CCCS, INC.,<br><br>Defendants. | CV 14–74–H–DLC–JTJ<br><br>ORDER |

United States Magistrate Judge John T. Johnston entered his findings and recommendations in this case on February 10, 2015, recommending denial of Wallace's motion to proceed in forma pauperis and dismissal of his Complaint. Judge Johnston based his recommendation on Wallace's failure to comply with a December 30, 2014 court order directing him to submit a certified copy of his prison trust account, pursuant to 28 U.S.C. § 1915(a)(2), within thirty days of the date of the order. The Court agrees with and adopts Judge Johnston's findings and recommendations, and finds that they contain no clear error. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

On February 17, 2015, Wallace filed an incoherent document styled "Appropriate Measures to Avoid Conflicts." (Doc. 7.) Though district courts have a "duty to construe pro se pleadings liberally, especially when filed by prisoners," *Shakur v. Schriro*, 514 F.3d 878, 892 (9th Cir. 2008) (citations omitted), the Court simply cannot construe the filing favorably considering its contents, particularly in light of the Court's decision regarding in forma pauperis status. Furthermore, Wallace is not entitled to any specific time period within which to file objections to Judge Johnston's findings and recommendations. *See Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998) (per curiam).

Accordingly, IT IS ORDERED that Judge Johnston's findings and recommendations (Doc. 6) are ADOPTED IN FULL. Wallace's motion to proceed in forma pauperis (Doc. 1) is DENIED and this matter is DISMISSED.

IT IS FURTHER ORDERED that the Clerk of Court shall CLOSE this case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 24th day of February, 2015.

Dana L. Christensen, Chief Judge
United States District Court